In the Matter of the Application for a Voluntary Dissolution of E. R. Strong Company. Henry F. Newbury and Florence E. Newbury, Appellants; Edward R. Strong and Arthur H. Strong, Petitioners, and Others, Respondents. (Appeals Nos. 1 and 2.)— Appeals dismissed, unless the appellants accept the stipulation of the respondents that the orders be vacated at Special Term, following our decision in *Matter of Strong Co.* (*Appeal No. 1*) (*ante*, p. 208), decided October 16, 1908. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Theodore McKane, Appellant, v. Michael J. Dady and Others, Respondents, and John Y. McKane and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John J. O'Connor, Respondent, v. Lucius N. Manley and John W. Petry, as Executors, etc., of Mary Appleton, Deceased, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Christine Petersen, as Administratrix, etc., of Fred Petersen, Deceased, Respondent, v. United States Express Realty Company, Defendant, Impleaded with Richard Beasley Browne and William Donald, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Arthur C. Platt, Respondent, v. Seymour W. Bonsall and Innovation Trunk Company, Appellants.— Order reversed, with ten dollars costs and disbursements and motion granted, with costs. (See *Dietz* v. *Leber*, 33 App. Div. 563.) Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Joseph Podlewski, Respondent, v. Golliek & Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Joseph Ronero, Respondent, v. Brooklyn Rapid Transit Company, Defendant, Appellant. Transit Development Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

John J. Rose, Plaintiff, v. Keshin, Blitstein & Company, Defendant.— Exceptions overruled and judgment directed for defendant, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ernest E. Strasser, Appellant, v. Annie Richter, Respondent.— Order of the County Court of Westchester county affirmed by default, with ten dollars costs and disbursements. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Charles Walaiko, Appellant, v. August Lawrence, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.